NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PAUL M. DEAN, JR.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5113

---

Appeal from the United States Court of Federal Claims in No. 09-CV-392, Judge Margaret M. Sweeney.

---

**JUDGMENT**

---

MICHAEL D.J. EISENBERG, Law Office of Michael D.J. Eisenberg, of Washington, DC, argued for plaintiff-appellant.

JOHN S. GROAT, Trial Attorney, Commercial Litigation Branch, Civil Division, Classification Unit, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRYANT G. SNEE, Deputy Director. Of

counsel on the brief was JOHN S. GOEHRING, General Litigation Division, United States Department of the Air Force, Arlington, Virginia. Of counsel was LAUREN N. DIDOMENICO.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PLAGER, and LINN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT



April 11, 2011          /s/ Jan Horbaly
Date                         Jan Horbaly
                               Clerk